leave to appeal to the Court of Appeals (from 156 App. Div. 16, 141 N. Y. Supp. 290) denied.

GUNTHER, Respondent, v. NEW YORK VEAL & MUTTON CO., Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Herman Gunther against the New York Veal & Mutton Company. C. Mellen, of New York City, for appellant. R. Claughton, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the finding that the defendant was guilty of negligence was without evidence to sustain it, and such finding is reversed. Settle order on notice.

HAAS et al., Respondents, v. HILTON et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Joseph Haas and another against Joseph Hilton and another. A. Dreyer, of New York City, for appellants. W. C. Low, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 141 N. Y. Supp. 1122.

HADDEN, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Harriet T. Hadden against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

HALL, Appellant, v. HYLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by George A. Hall against Edward C. Hyle, as trustee, etc., and others.

PER CURIAM. Judgment (76 Misc. Rep. 71, 136 N. Y. Supp. 887) affirmed, with costs.

McLENNAN, P. J., having been present at the argument of the appeal, died on the 8th day of May, 1913, without having taken any part in the determination of this appeal.

HALL, Respondent, v. MASON–SEAMAN TRANSP. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by William L. Hall, as administrator, etc., of Daniel P. Hall, deceased, against the Mason-Seaman Transportation Company, impleaded with the New York Railways Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $3,500, with interest from April 6, 1912, in which event the judgment, as modified, and order, are unanimously affirmed without costs.

HALSTEAD, Respondent, v. HALSTEAD, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action

142 N.Y.S.—71

by Maria S. Halstead against George W. Halstead. No opinion. Judgment affirmed, without costs.

HAMMERSTEIN v. EQUITABLE TRUST CO. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Oscar Hammerstein against the Equitable Trust Company. No opinion. Motion granted; questions certified; order filed. See, also, 156 App. Div. 644, 141 N. Y. Supp. 1065.

HARDING, Respondent, v. STEICH. Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Action by Simon J. Harding against John P. Steich.

PER CURIAM. Order reversed, so far as it strikes out the seventh and eighth subdivisions of the answer, and, as so modified, affirmed, without costs. The answer is a mere narrative of a transaction by defendant, and therefore is in such form that it does not properly deny the allegations of the complaint, or present a defense or counterclaim to it. The eighth subdivision is unavailable, as the earlier admissions are part of the narrative and qualified by its statements, and hence the denial is not general or specific. But it is inconsistent to strike out a portion of a pleading at the instant the whole pleading is declared frivolous, and hence insufficient. If defendant desires to plead either a simple defense or an affirmative counterclaim, he should so frame his matter, and designate it either as a defense or a counterclaim.

HARMON PARK CO. et al., Appellants, v. WADE et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by the Harmon Park Company and another against Frank E. Wade and others. No opinion. Judgment affirmed, with costs.

HARRIS v. JACKSON et al. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Joseph T. Harris against Joseph Jackson and another. No opinion. Application denied, with $10 costs. Order signed.

In re HART. (Supreme Court, Appellate Division, First Department. May 29, 1913.) In the matter of Milton Hart, an attorney. No opinion. Proceeding dismissed. Settle order on notice. See, also, 150 App. Div. 925, 135 N. Y. Supp. 1116.

HASBROUCK v. GALLAGHER. (Supreme Court, Appellate Division, First Department. July 10, 1913.) Action by Louis B. Hasbrouck against Patrick Gallagher. From an order of reference, defendant appeals. Conditionally affirmed. James F. Donnelly, of New York City, for appellant. John H. Judge, of New York City, for respondent.

DOWLING, J. The question to be tried upon the issues presented herein is the value of